Certificate Number: 14912-NJ-DE-035248673

Bankruptcy Case Number: 20-23533



14912-NJ-DE-035248673

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2021, at 3:13 o'clock PM EST, Debra Laspata completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 8, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor