UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                          Case No.:  20-23533-ABA
                                                Chapter:   7
Debra L. Laspata                                Judge:     Andrew B. Altenburg Jr.

---

### NOTICE OF PROPOSED ABANDONMENT

---

     DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on March 2, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

$171,829.00  26 Turner Street Clayton, NJ  08312

Liens on property:

$190,000.00  Midland Mortgage

Amount of Equity claimed as exempt:

$0

Objections must be served on, and requests for additional information directed to:


Name:          Douglas S. Stanger_____

Address:       646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221_____

Telephone No.  (609) 645-1881_____

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23533-ABA |
| Debra L. Laspata | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 20, 2021 | Form ID: pdf905 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra L. Laspata, 148 W Cohawking Rd, Clarksboro, NJ 08020-1119 |
| cr | + | US BANK CUST PC8, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109-4613 |
| 519046391 | | APS, 2527 Cranberry HWy, Reg: Regional Diagnostic Center, Wareham, MA 02571-1046 |
| 519046392 | + | ARS, 1643 NW 136th Ave, Building H Suite 100, Fort Lauderdale, FL 33323-2857 |
| 519046389 | + | Affordable Denturs, 60 W Landis Ave Suite A2, Vineland, NJ 08360-8133 |
| 519046393 | + | Atlantic City Power, 295 N Grove St, Berlin, NJ 08009-9544 |
| 519046394 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
| 519046395 | + | Borough of Clayton, 125 North Delsea Dr, Clayton, NJ 08312-1698 |
| 519046400 | | Citi Bank, Po Box 6241, Sioux Fakks, SD 57117-6241 |
| 519046402 | + | Family Medicine Glassboro, 200 Rowan Blv, Glassboro, NJ 08028-2260 |
| 519046403 | + | Gloucester County Tax Assessor, 1200 N. Delsea Drive, Clayton, NJ 08312-1000 |
| 519046404 | + | Howell Bertman & Wuillermin, 231 Bellevue ave, Hammonton, NJ 08037-1751 |
| 519046408 | + | Joan W. Halter, CPA, 70 North Main St, Mullica Hill, NJ 08062-9413 |
| 519046412 | + | Mantua Plaza LLC, 126 Chestnut St, Cherry Hill, NJ 08002-1814 |
| 519046413 | | Mark C. Farrar, 148 Cohawking Rd, Clayton, NJ 08312 |
| 519046416 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 519046417 | + | Northern Leasing Systems, Inc, PO Box 7861, New York, NY 10116-7861 |
| 519046418 | # | Premier Orthopaedic Associates, Po Box 2749, Vineland, NJ 08362-2749 |
| 519046422 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519046419 | | Sears/CBNA, 133200 Smith Road, Cleveland, OH 44130 |
| 519046420 | + | Selip & Stylianou LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 519046421 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 519046423 | + | Steven Jozwiak Esq, 601 Longwood Ave, Cherry Hill, NJ 08002-2871 |
| 519046430 | + | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 519046431 | + | Tenaglia & Hunt PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519046432 | + | The Borough Of Clayton Tax Collector, 125 N Delsea Dr, Clayton, NJ 08312-1650 |
| 519046434 | + | Vincent P. Farrar, 315 S Delsea Dr, Clayton, NJ 08312-2245 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2021 23:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2021 23:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519046390 | | Email/Text: ally@ebn.phinsolutions.com | | |

District/off: 0312-1                          User: admin                                  Page 2 of 3
Date Rcvd: Jan 20, 2021                       Form ID: pdf905                              Total Noticed: 48

| | | | |
|---|---|---|---|
| | | Jan 20 2021 22:59:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519046397 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:55:33 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519046396 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 22:55:33 | Cap1/WMT, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519046398 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:22 | Carecredit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519046401 | Email/Text: documentfiling@lciinc.com | Jan 20 2021 22:59:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 519046407 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2021 23:00:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519046399 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:55:30 | Chase/Amazon, PO Box 15153, Wilmington, DE 19886-5153 |
| 519046409 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 22:47:18 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FL 09, Wilmington, DE 19801 |
| 519046411 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 23:00:00 | Kohls Capone, P.O.Box 3115, Milwaukee, WI 53201-3115 |
| 519046415 | + Email/Text: bknotices@mbandw.com | Jan 20 2021 23:02:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd, C/O Clipper Magazine, Cleveland, OH 44146-1807 |
| 519046414 | + Email/Text: bknotices@mbandw.com | Jan 20 2021 23:02:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519046427 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:55:14 | SYNCB/MC, PO BOX 965005, Orlando, FL 32896-5005 |
| 519046424 | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:47:06 | Syncb/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 519046426 | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:22 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 519046425 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:55:15 | Syncb/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 519046428 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:51:23 | Syncb/Synchrony Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519046429 | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:47:06 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519047850 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 22:47:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519046433 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 20 2021 22:59:00 | Verizon, PO Box 25087, Attn: Caroline Maher, Wilmington, DE 19899-5087 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519046406 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519046405 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519046410 | ##+ | Karen Weissman, 701 West Redbank apt H7, West Deptford, NJ 08096-4943 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: Jan 20, 2021                       Form ID: pdf905                                 Total Noticed: 48

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021                       Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net,dscottstanger@gmail.com,dijan8@aol.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net,dscottstanger@gmail.com,dijan8@aol.com |
| Frederic James Smith | on behalf of Creditor US BANK CUST PC8 jamess@procapllc.com |
| Seymour Wasserstrum | on behalf of Debtor Debra L. Laspata mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6