**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Debra L. Laspata<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3042<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23533–ABA | |

# Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Debra L. Laspata
    aka Debbie L. Laspata, fdba Royal Pups Cuts

<u>3/19/21</u>                                                      **By the court:**   <u>Andrew B. Altenburg Jr.</u>
                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Debra L. Laspata  
    Debtor

Case No. 20-23533-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 19, 2021      Form ID: 318      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra L. Laspata, 148 W Cohawking Rd, Clarksboro, NJ 08020-1119 |
| cr | + | US BANK CUST PC8, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109-4613 |
| 519046391 | | APS, 2527 Cranberry HWy, Reg: Regional Diagnostic Center, Wareham, MA 02571-1046 |
| 519046392 | + | ARS, 1643 NW 136th Ave, Building H Suite 100, Fort Lauderdale, FL 33323-2857 |
| 519046389 | + | Affordable Denturs, 60 W Landis Ave Suite A2, Vineland, NJ 08360-8133 |
| 519046393 | + | Atlantic City Power, 295 N Grove St, Berlin, NJ 08009-9544 |
| 519046395 | + | Borough of Clayton, 125 North Delsea Dr, Clayton, NJ 08312-1698 |
| 519046402 | + | Family Medicine Glassboro, 200 Rowan Blv, Glassboro, NJ 08028-2260 |
| 519046403 | + | Gloucester County Tax Assessor, 1200 N. Delsea Drive, Clayton, NJ 08312-1000 |
| 519046404 | + | Howell Bertman & Wuillermin, 231 Bellevue ave, Hammonton, NJ 08037-1751 |
| 519046408 | + | Joan W. Halter, CPA, 70 North Main St, Mullica Hill, NJ 08062-9413 |
| 519046412 | + | Mantua Plaza LLC, 126 Chestnut St, Cherry Hill, NJ 08002-1814 |
| 519046413 | | Mark C. Farrar, 148 Cohawking Rd, Clayton, NJ 08312 |
| 519046416 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 519046417 | + | Northern Leasing Systems, Inc, PO Box 7861, New York, NY 10116-7861 |
| 519046418 | # | Premier Orthopaedic Associates, Po Box 2749, Vineland, NJ 08362-2749 |
| 519046422 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519046420 | + | Selip & Stylianou LLP, 10 Forest Avenue, Paramus, NJ 07652-5238 |
| 519046421 | + | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 519046423 | + | Steven Jozwiak Esq, 601 Longwood Ave, Cherry Hill, NJ 08002-2871 |
| 519046431 | + | Tenaglia & Hunt PA, 395 W Passaic St Ste 205, Rochelle Park, NJ 07662-3016 |
| 519046432 | + | The Borough Of Clayton Tax Collector, 125 N Delsea Dr, Clayton, NJ 08312-1650 |
| 519046434 | + | Vincent P. Farrar, 315 S Delsea Dr, Clayton, NJ 08312-2245 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2021 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2021 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Mar 20 2021 00:38:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 519046390 | | EDI: GMACFS.COM | Mar 20 2021 00:38:00 | Ally, PO Box 380901, Minneapolis, MN 55438-0901 |

Case 20-23533-ABA    Doc 20    Filed 03/21/21    Entered 03/22/21 00:54:37    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 49 |

| 519046394 | | EDI: BANKAMER.COM | Mar 20 2021 00:38:00 | Bank Of America, PO Box 982235, El Paso, TX 79998-2235 |
|---|---|---|---|---|
| 519046397 | | EDI: CAPITALONE.COM | Mar 20 2021 00:38:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519046396 | + | EDI: CAPITALONE.COM | Mar 20 2021 00:38:00 | Cap1/WMT, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519046398 | + | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Carecredit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519046400 | | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Citi Bank, Po Box 6241, Sioux Fakks, SD 57117-6241 |
| 519046401 | | EDI: COMCASTCBLCENT | Mar 20 2021 00:38:00 | Comcast, PO Box 3006, Southeastern, PA 19398-3006 |
| 519046407 | + | EDI: IRS.COM | Mar 20 2021 00:38:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 519046399 | | EDI: JPMORGANCHASE | Mar 20 2021 00:38:00 | Chase/Amazon, PO Box 15153, Wilmington, DE 19886-5153 |
| 519046409 | | EDI: JPMORGANCHASE | Mar 20 2021 00:38:00 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FL 09, Wilmington, DE 19801 |
| 519046411 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2021 21:11:00 | Kohls Capone, P.O.Box 3115, Milwaukee, WI 53201-3115 |
| 519046415 | + | Email/Text: bknotices@mbandw.com | Mar 19 2021 21:14:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd, C/O Clipper Magazine, Cleveland, OH 44146-1807 |
| 519046414 | + | Email/Text: bknotices@mbandw.com | Mar 19 2021 21:14:00 | Mccarthy, Burgess & Wolff, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 519046427 | + | EDI: RMSC.COM | Mar 20 2021 00:38:00 | SYNCB/MC, PO BOX 965005, Orlando, FL 32896-5005 |
| 519046419 | | EDI: CITICORP.COM | Mar 20 2021 00:38:00 | Sears/CBNA, 133200 Smith Road, Cleveland, OH 44130 |
| 519046424 | | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Syncb/Amazon, PO Box 965036, Orlando, FL 32896-5036 |
| 519046426 | | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Syncb/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 519046425 | + | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Syncb/Care Credit, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 519046428 | + | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Syncb/Synchrony Mastercard, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519046429 | | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519047850 | + | EDI: RMSC.COM | Mar 20 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519046430 | + | EDI: WTRRNBANK.COM | Mar 20 2021 00:38:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 519046433 | | EDI: VERIZONCOMB.COM | Mar 20 2021 00:38:00 | Verizon, PO Box 25087, Attn: Caroline Maher, Wilmington, DE 19899-5087 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 20-23533-ABA    Doc 20    Filed 03/21/21    Entered 03/22/21 00:54:37    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 318 | Total Noticed: 49 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519046406 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 519046405 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 519046410 | ##+ | Karen Weissman, 701 West Redbank apt H7, West Deptford, NJ 08096-4943 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Frederic James Smith | on behalf of Creditor US BANK CUST PC8 jamess@procapllc.com |
| Seymour Wasserstrum | on behalf of Debtor Debra L. Laspata mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6